PROB 12C
(7/93)

Report Date: July 15, 2010

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 15 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Alfred Joseph Muse             Case Number: 2:07CR00138-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 9/4/2008

Original Offense: Possession with Intent to Distribute Ecstasy, 21 U.S.C. § 841(a)(1), (b)(1)(c)

Original Sentence: Prison - 24 Months; TSR - 36 Months            Type of Supervision: Supervised Release

Asst. U.S. Attorney: Aine Ahmed            Date Supervision Commenced: 10/2/2009

Defense Attorney: Federal Defenders Office            Date Supervision Expires: 10/1/2012

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Alfred Muse has violated conditions of his supervised release by changing residences without notifying the undersigned officer. On July 15, 2010, the undersigned officer conducted an unannounced field visit to Mr. Muse's reported address. Upon initial contact, the undersigned met with a teenage male who indicated Mr. Muse did not reside at the residence. The undersigned proceeded to contact Amanda Taylor, the offender's reported roommate, by telephone to inquire about Mr. Muse's whereabouts. Ms. Taylor indicated that Alfred Muse had moved out of the residence at the beginning of June 2010, and she was unaware of his whereabouts. |
| 2 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.<br><br>**Supporting Evidence**: Alfred Muse has violated conditions of his supervised release by failing to obtain stable employment. The undersigned officer has had several conversations with the offender regarding his lack of employment. As of this date, Mr. Muse has failed to secure employment. |

Prob12C
Re: Muse, Alfred Joseph
July 15, 2010
Page 2

    3    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Muse violated conditions of supervision by intentionally providing inaccurate information relative to his current residence. On June 29, 2010, Alfred Muse reported to the U.S. Probation Office as directed. During the office visit, the undersigned officer questioned Mr. Muse regarding his current residence. The offender stated to the undersigned that he has remained at the residence of Amanda Taylor since commencing supervision on October 2, 2009.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/15/2010

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
JFVS [X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

July 15, 2010
Date