PROB 12C
(7/93)

Report Date: October 4, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 0 4 2011

JAMES R. LARSEN
SPOKANE, WASHINGTON    DEPUTY

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alfred Joseph Muse | Case Number: 2:07CR00138-001 |
| Address of Offender: | Spokane, WA 99205 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 9/4/2008

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Ecstasy, 21 U.S.C. § 841(a)(1), (b)(1)(c) | |
| Original Sentence: | Prison - 24 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: 10/2/2009 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: 10/1/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On September 30, 2011, Alfred Muse violated his conditions of supervised release in Spokane, Washington, by being arrested for the crime of 4th degree assault - domestic violence and violation of a no contact order. It is alleged that Mr. Muse assaulted his girlfriend, Talisa McMurtrey, by intentionally touching and/or striking her in an offensive and/or unlawful manner, and/or by an intentional act which created reasonable apprehension and/or fear of bodily injury.

According to incident report #11-307493, Alfred Muse assaulted Talisa McMurtrey on the above-mentioned date. At approximately 9:00 a.m. officers responded to a domestic violence call at the apartment shared by Ms. McMurtrey and the offender. According to the report, Ms. McMurtrey's brother, James McMurtrey, contacted law enforcement after receiving voicemails from Talisa McMurtrey indicating that Alfred Muse had "beat her badly." Both Mr. McMurtrey and law enforcement responded to the apartment as noted. At that time, Mr. Muse was contacted and subsequently arrested for the alleged assault. The offender was booked for city assault-domestic violence and violation of a no contact order. The assault allegedly occurred at 1518 N. Adams in Spokane, Washington. Talisa McMurtrey and Alfred Muse were visiting her aunt at the time of the assault.

Officers initiated contact with Ms. McMurtrey in the apartment. It was noted that she had bruising around her left eye/forehead area. According to law enforcement, she was uncooperative and did not want any photographs taken of her injuries.

2   **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Alfred Muse violated his supervised release by failing to contact the undersigned officer within 72 hours of the noted arrest and contact with law enforcement.

3   **Special Condition #18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Muse violated his supervised release by consuming alcohol while under supervision in Spokane, Washington, on or about September 30, 2011. According to incident report #11-307493, Mr. Muse admitted to consuming alcohol while celebrating Talisa McMurtrey's birthday at an unknown location.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/04/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/4/11
Date