PROB 12B
(7/93)

Report Date: December 7, 2011

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Alfred Joseph Muse | Case Number: 2:07CR00138-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: 9/4/2008 | Type of Supervision: Supervised Release |
| Original Offense: Possession with Intent to Distribute Ecstasy, 21 U.S.C. § 841(a)(1), (b)(1)(c) | Date Supervision Commenced: 10/2/2009 |
| Original Sentence: Prison - 24 Months; TSR - 36 Months | Date Supervision Expires: 10/1/2012 |

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

24     You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

**CAUSE**

Recent contact with Mr. Muse, and his case manager at the Spokane Residential Reentry Center, suggests the above-mentioned modification is appropriate. In an attempt to provide Federal funding, if necessary, it is requested that the Court modify the conditions of supervision to include the aforementioned condition.

Mr. Muse was asked whether he would waive his right to a hearing and agree to the modification as previously described. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Muse has agreed to the proposed modification.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervision be adopted requiring Alfred Muse to participate in mental health treatment at the direction of the probation office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/07/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[x]  The Extension of Supervision as Noted Above
[x]  The Modification of Conditions as Noted Above
[ ]  Other

s/ Fred Van Sickle

Signature of Judicial Officer

12/08/2011

Date