PROB 12C
(7/93)

Report Date: January 6, 2012

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alfred Joseph Muse          Case Number: 2:07CR00138-001

Address of Offender: ▮▮▮▮▮▮▮▮, Spokane, WA ▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 09/04/2008

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Ecstasy, 21 U.S.C. § 841(a)(1), (b)(1)(c) | |
| Original Sentence: | Prison - 24 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: 10/02/2009 |
| Defense Attorney: | Jaime Hawk | Date Supervision Expires: 10/01/2012 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 4, 2011.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

4      **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: On December 28, 2011, Mr. Muse submitted a urine sample for drug screening at the residential reentry center (RRC). The RRC received lab results on January 5, 2012, reporting that the urine sample submitted on December 28, 2011, tested positive for synthetic cannibinoids, commonly referred to as "Spice."

5      **Special Condition # 22**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

      **Supporting Evidence**: The defendant was before the Court on November 8, 2011, to address alleged violations of supervised release. The revocation hearing was continued for 90 days, to February 9, 2012. Further, the conditions of his supervised release were modified to include a placement of up to 180 days at the RRC. On January 6, 2012, the U.S. Probation

Prob12C
Re: Muse, Alfred Joseph
January 6, 2012
Page 2

Office was advised that Mr. Muse was being terminated from his placement at the RRC due to program rule violations. Specifically cited was his use of synthetic cannibinoids on or about December 28, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/06/2012

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

*C. Imbrogno*
*US Magistrate Judge*
*for Judge Van Sickle*

Signature of Judicial Officer

01-06-2012

Date